**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630


**REHEARING ACTION: November 21, 2007**


**Docket Number: 07   00266-WCA**

**MICHAEL W. TRAHAN**
**VERSUS**
**CITY OF CROWLEY**

**Appealed from Office of Workers' Compensation - # 4 Case No. 02-09331**


**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Elizabeth A. Pickett**
   **Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Michael W. Trahan** has this day been

   **DENIED.**
   Saunders, J., would grant.


cc: Christopher Richard Philipp, Counsel for the Appellee